## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATALIE MITCHEM )<br>)<br>     Plaintiff, )<br>)<br>vs. )<br>)<br>SLEEPCAIR, INC. )<br>)<br>     Defendant ) | Case No.  20-2627 DDC-GEB |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW, on this 20th day of June, 2022, Plaintiff Natalie Mitchem, appearing by and through her counsel of record, Reavey Law LLC, and Defendant Sleepcair, Inc., appearing by and through its counsel of record, FORD HARRISON LLP, hereby notify the Court that this case should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear her or its own costs, expenses, and attorney's fees.

Dated: June 20, 2022

Respectfully Submitted,

| | |
|---|---|
| REAVEY LAW LLC<br>1600 Genessee, Suite 303<br>Kansas City, MO 64102<br>Telephone:  816-474-6300<br><br>By /s/Patrick G. Reavey      .<br>Patrick G. Reavey, KS# 17291<br>preavey@reavylaw.com<br>*Attorneys for Plaintiff* | FORD HARRISON LLP<br>101 E. Kennedy Blvd., Suite 900<br>Tampa, FL, 33602<br>Telephone: (813) 261-7848<br><br>By /s/ David Kalteux.      .<br>Corey L. Franklin, #78598<br>David M. Kalteux, *pro hac vice*<br>FL Bar No. 118746<br>cfranklin@fordharrison.com<br>dkalteux@fordharrison.com<br>*Attorneys for Defendant* |

WSACTIVELLP:13197925.1